UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80133-RLR

**NELSON FERNANDEZ**,

Plaintiff,

vs.

**SEAGATE HOTEL MANAGEMENT, LLC, d/b/a THE SEAGATE**,

Defendant.
_________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, through their respective undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal document(s).

DATED: March 4, 2024.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL 33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**FOWLER WHITE BURNETT, P.A.**
Attorneys for Defendant
Northbridge Centre,
515 North Flagler Drive
Suite 2100
West Palm Beach, Florida 33401
T. 561.802.9044
561.802.9976 (Facsimile)
Email: lthompson@fowler-white.com

By *__/s/ Laurie A. Thompson__*
LAURIE A. THOMPSON
Fla. Bar No. 908339